UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMALIA HARRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:10CV1392 HEA ) |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

In order to avoid the appearance of impropriety, the undersigned has determined that he should disqualify himself pursuant to 28 U.S.C. § 455 from handling any matter in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court transfer this case to another Judge.

Dated this 3rd day of August, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE